UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN Re:

Carmen Enid DelValle                                   Chapter 13
*aka* Carmen E DelValle Velez                          Case No. 16-27562-svk

Debtor(s),

## NOTICE OF DEFAULT AND FAILURE TO COMPLY WITH ORDER

     NOW COMES, SN Servicing Corporation, by its attorneys, Marinosci Law Group, P.C., and hereby gives notice that the Debtor(s) has/have failed to comply with the Order entered March 7, 2019 ("Order"). Pursuant to the Order, the Debtor(s) was/were to cure the post-petition default and was to make monthly post-petition payments in a timely manner. The Debtor(s) has/have failed to tender the monthly post-petition payments for the months of May 1, 2019 through August 1, 2019, each in the amount of $1,092.73 per the repayment scheduled in the Order (Doc 52). Pursuant to said Order, Debtor(s) has/have fourteen (14) days to pay all delinquent amounts owed, plus any amounts accrued during said period. The amount due as of August 19, 2019 is $4,474.69.

DATED: August 20, 2019          Attorney for Secured Creditor
                                                By:/s/Michael Holsen
                                                Marinosci Law Group, P.C.

# CERTIFICATE OF SERVICE

I certify that that a copy of the Notice of Default and Failure to Comply with Order in the above entitled action was served on August 20, 2019 by electronic case filing to the following persons:

Abraham Pinon; Andrew M. Golanowski; Felicia Petroff; Lisa Lynn Ellmaurer
o.b.o. Carmen Enid DelValle
wal@geracilaw.com

Scott Lieske
Trustee
ecf@chapter13milwaukee.com

Office of the U.S. Trustee
USTPRegion11.mi.ecf@usdoj.gov

I further certify that on August 20, 2019, a copy of the foregoing Notice of Motion and Motion for Relief from the Automatic Stay and Relief from Co-Debtor Stay was mailed by first-class Mail, postage pre-paid and property addressed to the following:

Carmen Enid DelValle
3140 S 49th Street
Milwaukee, WI 53219 　　　　　　　　/s/Michael Holsen
　　　　　　　　　　　　　　　　　　　Michael Holsen

Marinosci Law Group, P.C.
134 N. LaSalle St., Ste.1900
Chicago, IL 60602
312-940-8580
(f)312-988-0454
ILWIBK@mlg-defaultlaw.com