UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:  Case No. 16-27562-KMP
    CARMEN ENID DELVALLE

Chapter 13

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Scott Lieske files this Notice of Final Cure Payment. The amount required to complete the plan has been received by the Trustee.

**Name of Creditor:** SN SERVICING CORPORATION

| Final Cure Amount | | | | |
|---|---|---|---|---|
| Court Claim # | Trustee Claim # | Account # | Claim Allowed | Amount Paid |
| 12-1 | 029-0 | 0224 | $ 2,816.84 | $ 2,816.84 |
| Direct Amount Paid by Debtor: | | Unknown | | |
| Total Amount Paid by Trustee: | | $2,816.84 | | |
| **Monthly Ongoing Mortgage Payment** | | | | |
| Mortgage is Paid: | | Direct by the Debtor(s) | | |

    <u>Within 21 days of the service of the Notice of Final Cure Payment,</u> the creditor <u>MUST</u> file with the U.S. Bankruptcy Court and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

    1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

    2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

    The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement, The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Dated: May 02, 2022

{16-27562 12-1}{NFC}DELVALLE



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:  
    CARMEN ENID DELVALLE

Case No. 16-27562-KMP

Chapter 13

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on May 02, 2022, the Trustee's **NOTICE OF FINAL CURE PAYMENT** was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

    OFFICE OF THE U.S. TRUSTEE

    GERACI LAW L.L.C.

The undersigned further certifies that this notice was mailed by United States Postal Service to the following non-ECF participants:

    SN SERVICING CORPORATION  
    PO BOX 660820  
    DALLAS, TX 75266-

    CARMEN ENID DELVALLE  
    3140 S 49TH STREET  
    MILWAUKEE, WI 53219

Dated: May 02, 2022

    */s/ Janet Mierendorf*  
    Janet Mierendorf  
    Office of the Chapter 13 Trustee  
    Scott Lieske  
    P O Box 510920  
    Milwaukee, WI 53203  
    Phone: 414-271-3943  
    Fax: 414-271-9344  
    Email: info@chapter13milwaukee.com